AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

### SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| United States of America<br>v.<br>**JESUS RUBIO-URQUIDES** | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No:  1:08-CR-58-001

USM No:  04710-061

Date of Original Judgment:               03/18/2009
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Gordon G. Hobson, Esq.
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
        ☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:         07/28/2015                    _____
                                                                                *Judge's signature*

Effective Date: _____                    Sandra S. Beckwith Senior Judge
                *(if different from order date)*                    *Printed name and title*